UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON

**CIVIL ACTION NO. 04-466-JBC**

**JOSEPH MARK BOURNE,**                                                                               **PETITIONER**

**V.**                                      **O R D E R**

**BOYLE COUNTY JAIL,**                                                                              **RESPONDENT**

\* \* \* \* \* \* \* \* \* \*

This matter is before the court on the Report and Recommendation of United States Magistrate Judge James B. Todd (DE 4). No objections have been filed to the Report and Recommendation.[1]

This court may give deference to a magistrate judge's factual and legal conclusions when neither party objects to the magistrate judge's conclusions. *Thomas v. Arn*, 474 U.S. 140 (1985). After a review of the record, the court concurs in the result recommended by the magistrate judge. Accordingly,

**IT IS ORDERED** that the Report and Recommendation is **ADOPTED** as the opinion of the court and the petitioner's motion for leave to proceed *in forma pauperis* (DE 2) is **DENIED**, the petitioner's "Grievance Motion" (DE 3) is **DENIED**, and the petitioner's Petition for a Writ of Habeas Corpus (DE 1) is **DENIED**.

**IT IS FURTHER ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** *sua sponte* and **STRICKEN** from the court's active docket.

---

[1] The Report and Recommendation was mailed to the petitioner at his last known address but was returned as undeliverable. Because it is the petitioner's responsibility to keep the court apprised of his current address, the court will not grant additional time for objections.

Signed on July 6, 2005

*Jennifer B. Coffman*
JENNIFER B. COFFMAN, JUDGE
U.S. DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY